Marsha L. PAYTON, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2010–3027.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

Marsha L. Payton, Alexandria, VA, pro se.

ON MOTION

*ORDER*

Marsha L. Payton responds to this court's letter asking whether she intends to withdraw her pending petition for review at the Merit Systems Protection Board.

Payton states that she wishes to continue before the Board and thus the petition filed with this court prematurely should be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) This petition for review is dismissed.

(2) Each side shall bear its own costs.